# Court of Appeals
# of the State of Georgia

ATLANTA,    June 25, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0254.  DRUID HILLS CIVIC ASSOCIATION, INC. et al v. ROBERT H. BUCKLER et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED.  The Appellant may file a Notice of Appeal within 10 days of the date of this order.  The Clerk of the Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

The parties should address in their appellate briefs the question whether the certificate of immediate review complies with the requirement of OCGA § 5-6-34 (b) that the certificate of immediate review be issued by the trial judge. See *Thorpe v. Russell*, 274 Ga. 781, 559 S.E.2d 432 (2002); *Mauer v. Parker Fibernet, LLC,* 306 Ga.App. 160, 162, 701 S.E.2d 599, 601 (2010); *Freemon v. Dubroca*, 177 Ga.App. 745, 745, 341 S.E.2d 276, 277 (1986); *Tingle v. Harvill*, 125 Ga.App. 312, 317-318, 187 S.E.2d 536, 539 - 540 (1972).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 06/25/2013
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


                                             *, Clerk.*